IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
         Plaintiff,

vs.                                         No. 24-CR-1404 JCH

RILEY KELLNER,
         Defendant.

## DEFENDANT'S SENTENCING MEMORANDUM

Defendant Riley Kellner, through his counsel, Kelly Alexis Golightley, respectfully submits this Sentencing Memorandum for the Court's review and consideration in arriving at a fair and reasonable sentence in accordance with 18 U.S.C. § 3553(a) and *United States v. Booker*, 543 U.S. 220, 125 S. Ct. 738 (2005).

**Defendant's Personal History**

Riley Kellner (hereinafter "Kellner") was extremely forthcoming in his presentence report when questioned about his personal history, both regarding his criminal history and his troubled past. He gave details about his traumatic familial relationships he was subjected to and influenced by.

    **Childhood history**

Kellner was subjected to living in an environment where he suffered emotional and physical abuse from his alcoholic father and was bullied in school. PSR ¶ 46. Kellner was exposed to witnessing his mother being abused by Kellner's father to the point that the police

were called for help in those situations. There can be no doubt how this would psychologically damage a young boy and impact his future relationships. He was also subjected to his alcoholic father that would regularly physically and psychologically abuse him. Kellner was close to his older brother and found comfort that they endured the family home life together. When Kellner's older brother left the home, Kellner was left to face his father's abuse alone. The National Institute of Health has published a study finding that childhood traumas are associated with criminal behavior "It has been determined that children with childhood trauma exhibit many problems such as psychiatric conditions, anger, susceptibility to crime, and antisocial orientation. In addition, childhood traumas can sustain their negative effects on individuals who experience trauma throughout life and cause psychiatric conditions in adulthood."[1] Kellner has a long history of being alone and alienated by others. His abusive father, his school bullying and his mother's passive acceptance of this behavior towards her youngest son. Kellner's older brother was the person he turned to for acceptance and support. Interestingly, Kellner has confided to the PSR evaluator that he thought his family life was "good" and felt loved and guided by his parents. PSR ¶ 45. This young man is not describing his abuse to gain sympathy from this Court, but rather was responding to the questions presented to him. He has not had mental health treatment and does not think this would help him.

     Importantly, Kellner is now 23 years of age. His brother, who was present for one of the previous convictions, and who has given a statement against Kellner, was quite influential and the older brother. Kellner felt that he should try to live up to his brother's expectations of him

---

[1] Güloğlu B, Karaırmak Ö, Emiral E. The role of childhood traumas on spirituality and forgiveness. Anadolu Psikiyatri Derg. 2016;17(4):309–316. 10.5455/apd.217593 [DOI] [Google Scholar]

and was influenced by his brother in most of his decisions.  This is valuable to this Court when evaluating his sentence.  "Certain risk factors may affect a youthful individual's development into the mid-20's and contribute to involvement in a criminal justice systems, including adverse childhood experiences, substance abuse, lack of educational opportunities, and familial relationships.  In addition, youthful individuals generally are more impulsive, risk seeking, and *susceptible to outside influence* as their brains continue to develop into young adulthood.  *Youthful individuals also are more amenable to rehabilitation*.  The age crime curve, one of the most consistent findings in criminology, demonstrates that criminal behavior tends to decrease with age.  *Age-appropriate interventions and other protective factors may promote desistence of crime*."  (emphasis added) PSR ¶ 84

**Criminal History**

Kellner has criminal history.  However, the government is expected to argue that there are other crimes that are associated with Kellner as relevant conduct for this Court's consideration, the standard of preponderance of evidence is still required from the Government.  Here, the defense would argue, that the information about the gun used in other crimes were obtained by Kellner's brother, who pled guilty to 11 counts of False Statements During Purchase of a Firearm.  While other actions are attributed to undersigned counsel's client, it is argued that this evidence does not meet the Government's burden.  Claiming that this client had access to the weapon in the uncharged acts, respectfully, is questionable.  Unfortunately, guns are moved and sold by those that do not go through proper channels.  There is no registration to determine who has ownership and access.  Here, the evidence that the Government could use to claim that Kellner was responsible is suspect at best.

**Future Goals**

Kellner was able to obtain his High School Diploma while in custody in Bernalillo County Metropolitan Detention Center. His goals include maintaining his relationship with his family and also learning more about auto mechanics so that he may begin his career in that trade.

**Request to the Court**

The Presentence Report PSR ¶¶ 87 and 88, warrant a sentence within the advisory guidelines range. We ask this Court for a sentence of 12 months and 1 (one) day.

> Respectfully submitted,
>
> */s/ Kelly Alexis Golightley*
> Kelly Alexis Golightley
> 514 Marble Avenue NW
> Albuquerque, New Mexico 87102
> Work 505-842-1200
> Fax: 505-814-5793
> Email: kelly@golightleylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of
the foregoing was provided to
opposing counsel on the date of filing.

*/s/ Kelly Alexis Golightley*
Kelly Alexis Golightley